PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANIKA BALDWIN, | ) | CASE NO.  4:23-CV-919 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | **JUDGMENT ENTRY APPROVING** |
| | ) | **AGREEMENT OF SETTLEMENT** |
| IVY WOODS CENTER FOR LIVING, | ) | **AND RELEASE AND DISMISSING** |
| LLC, | ) | **CASE WITH PREJUDICE** |
| | ) | [Resolving ECF No. 24] |
| Defendants. | ) | |

Pending is the parties' Joint Motion for Approval of Settlement pursuant to §16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) (ECF No. 24).  The parties move the Court to approve, as fair and reasonable, the proposed Agreement of Settlement and Release (ECF No. 24-1), as well as the Notice to Potential Opt-In Plaintiffs (ECF No. 24-4) and Opt-In Consent Form (ECF No. 24-4).  Having reviewed the Joint Motion and exhibits attached thereto, as well as the pleadings and papers on file in this lawsuit, and for good cause shown therein, the Court grants the Joint Motion and enters the within Order and final judgment approving the settlement as follows:

1. Plaintiff Anika Baldwin's Collective Action (ECF No. 1) asserts claims for overtime compensation under the FLSA, 29 U.S.C. § 201 *et seq.*, and on behalf of herself and Opt-In Plaintiffs who subsequently affirmatively agree to be bound by the settlement by signing and returning the Opt-In Consent Form (ECF No. 24-4).

(4:23CV919)

2. Opt-In Plaintiffs, who will be covered by the settlement, will include Representative Plaintiff Anika Baldwin and all other individuals who were employed by Ivy Woods Center For Living, LLC, for any length of time during the period from February 6, 2022, until November 1, 2022, who were paid on an hourly basis and received any additional pay, as shift premiums, shift differentials, and/or bonuses, who join this action by signing and returning the Opt-In Consent Form (ECF No. 24-4).

3. Parties notified the Court about the settlement through a docket entry. ECF No. 22 at PageID #: 112.

4. The Court finds that the proposed settlement is fair, reasonable, and adequate and satisfies the standard for approval under 29 U.S.C. § 216(b). *See* *Hill v. Medicare Transport, Inc.*, No. 5:19CV1582, 2019 WL 5425167, at *1 (N.D. Ohio Oct. 22, 2019) (courts should consider (1) the existence of fraud or collusion behind the settlement, (2) the complexity, expense, and likely duration of the litigation, (3) the stage of the proceedings and the amount of discovery completed, (4) the probability of plaintiff's success on the merits, (5) the range of possible recovery, and (6) the opinions of the counsel in determining whether a proposed FLSA settlement is fair and reasonable) (Pearson, J.).

5. The Court approves the Agreement of Settlement and Release (ECF No. 24-1), and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

6. The Court also approves the Notice to Potential Opt-In Plaintiffs and Opt-In Consent Form (ECF No. 24-4). In addition, the notice protocols described in the Notice of Settlement of

2

(4:23CV919)

Collective Action (ECF No. 24-4) are approved. *See* Fed. R. Civ. P. 83(b); 29 U.S.C. § 216(b). Notice shall be sent to the "Potential Opt- Ins" as defined in ECF No. 24-4 at PageID #: 144 – "all persons who were employed by Ivy Woods Center For Living, LLC, for any length of time during the period from February 6, 2022, until November 1, 2022, who were paid on an hourly basis and received any additional pay, such as shift premiums, shift differentials, and/or bonuses" – pursuant to the protocols outlined in the Agreement of Settlement and Release.

7. Potential Opt-Ins desiring to include themselves in the settlement must do so by completing the Opt-In Consent Form (ECF No. 24-4) sent by the Administrator. Completed Consent Forms must be returned to the Administrator pursuant to the instructions in ECF No. 24-4 and must be postmarked within 60 calendar days after the notice to Potential Opt-Ins initial mailing date by the Administrator. All timely executed Consent Forms from eligible Opt-In Plaintiff settlement participants must be filed by Plaintiffs' Counsel with the Court within seven (7) calendar days after the consent period is completed.

8. The Court finds that the total settlement amount of $42,476.23 and the distribution method described in ECF No. 24 at PageID #: 126-127 are fair and reasonable. The Court orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in ECF No. 24-4.

9. The Court approves CAC Services Group, LLC, to serve as Settlement Administrator. ECF No. 24-1 at PageID #: 132.

10. The Court approves all requested payments to Plaintiff's Counsel for attorneys' fees and expense reimbursements ($18,180.00) and Representative Plaintiff Anika Baldwin ($4,000)

3

(4:23CV919)

as reasonable, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Agreement of Settlement and Release (ECF No. 24-1).

11. The Court dismisses Plaintiff's Collective Action (ECF No. 1) and all claims of Plaintiff Anika Baldwin and Opt-In Plaintiffs with prejudice in their entirety and, except for as provided in the Agreement of Settlement and Release (ECF No. 24-1), each party shall bear its own costs, including attorneys' fees.

12. The Court, finding there is no just reason for delay, hereby enters final judgment and directs the Clerk of the Court to immediately enter the within Judgment Entry.

13. The Court retains jurisdiction over the case at bar to enforce the terms of the Agreement of Settlement and Release (ECF No. 24-1) and to resolve any and all disputes thereunder.

IT IS SO ORDERED.

| March 29, 2024 | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |

4